NO. 12-17-00369-CR

IN THE 12TH COURT OF APPEALS DISTRICT OF TEXAS
TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC - 1 2017    elkm

TYLER TEXAS
PAM ESTES, CLERK

MICHAEL A. Kennedy, Relator
VERSUS.
JAMES T. WORTHERN and BRAIN J. Hoyle, Judges
for the 12th court of Appeals District of Texas, Appellees,
Civil LAWSUIT AND MOTION FOR JUDGES TO RECUSAL

I.

Judge JAMES T. WORTHERN and Judge BRAIN J. Hoyle is sued in the 3Rd Judicial District Court of Anderson County, Texas in NO.-3-672-cv and Both Judges are the lead PARTY of suits and Should Recuse themselves from the Case filed by Michael A. Kennedy in November 7, 2017.

II. UNSWORN DECLARATION

I, Michael A. Kennedy, Relator sweur that all Allegations Are true and correct to the best of my Knowledge and belief and that the FActs are true and correct under penalty of perjury pursuant to Tex. Civ. PRAC. e Rem. Code sec. 132.002 and title 28 U.S.C §1746 and TEX. R. App. P. §16.1, executed on November 27, 2017

Michael A. Kennedy

Relief
The Judge in this matter should Recusal themselves to this Lawsuit in the Above and entitled Case. other Side
Respectfully submitted
michael kennedy

(1)

#1516203
Polunsky unit
3872 FM 350 south
Livingston, TX 77351

CERTIFICATE OF SERVICE

I, Michael A. Kennedy, hereby certify a true and correct copy to James T. Worthen Judge and Bran J. Hoyle Judges for the 12th Court of Appeals District of Texas 1517 W. Front St. Suite 354, Tyler, Texas 75702 on November, 2017

Michael A. Kennedy